```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2

 3  BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
 4

 5  PATRICIA SPALETTA (CABN 156788)
    Special Assistant United States Attorney
 6
        450 Golden Gate Avenue, Box 36055
 7      San Francisco, California  94102
        Telephone:    (415) 552-6031
 8      Facsimile:    (415) 436-7234
        Patricia.Spaletta@usdoj.gov
 9

10  Attorneys for Plaintiff

11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                            SAN FRANCISCO DIVISION
14

15

16  UNITED STATES OF AMERICA,        )    No. CR 10-0278 JSW
                                     )
17        Plaintiff,                 )    STIPULATION AND [PROPOSED] ORDER
                                     )    EXCLUDING TIME UNDER 18 U.S.C. § 3161
18        v.                         )
                                     )
19  EDIMAR DABLADO-CANACA,           )
                                     )
20        Defendant.                 )
                                     )
21

22
         The parties appeared before the Honorable Bernard Zimmerman on April 19, 2010.  With
23
    the agreement of counsel for both parties, the Court found and held as follows:
24
         1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,
25
    from April 19, 2010 to May 6, 2010, in light of the need for defense counsel to review discovery
26
    and to conduct further investigation.  Failure to grant the requested continuance would
27
    unreasonably deny defense counsel reasonable time necessary for effective preparation, taking
28
```

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. EDIMAR DABLADO-CANACA, CR 10-0278 JSW                                                  1

into account the exercise of due diligence and the need for counsel to review discovery and to conduct further investigation.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 19, 2010 to May 6, 2010, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from April 19, 2010 to May 6, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: April 20, 2010                    /s/
PATRICIA SPALETTA
Special Assistant United States Attorney

DATED: April 20, 2009                    /s/
JODI LINKER
Counsel for Edimar Doblado-Canaca

SO ORDERED.

DATED: 21 Apr '10

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge